COLLINS and Others *v.* THE UNITED STATES EXPRESS COMPANY and Others.

APPEAL.—RECORD.—It is the duty of the appellant to bring to the Supreme Court a perfect record of the judgment and proceedings of the court below.

SAME.—COMPLAINT.—The complaint forms a necessary part of the record of a cause, and when it appears by the record that a complaint was filed, but none is contained in the record, no question is presented for the decision of the Supreme Court.

APPEAL from the *Tippecanoe* Common Pleas.

ELLIOTT, J.—From the imperfect record before us, this seems to have been a complaint for an injunction, filed by the appellees against the appellants, in the *Warren* Circuit Court, to enjoin the collection of certain judgments rendered by a justice of the peace in favor of the appellants.

The record contains an answer of the general denial, and two special paragraphs, and shows that a demurrer was sustained to the latter, and that a change of venue was granted to the *Tippecanoe* Common Pleas. It also shows a final submission of the cause to the court, and a finding and final judgment and decree of injunction. But it does not contain a

copy of the complaint, without which no question is presented by the record for the decision of this court. It was incumbent on the appellants to bring to this court a perfect record of the judgment and proceedings of the court below, on which errors could be assigned. The complaint forms a necessary part of the record of a cause, and the record before us contains ample evidence that a complaint was filed in the case, but it is omitted in the record filed by the appellants. In the absence of the complaint, the record filed fails to present any question for the decision of of this court.

The judgment is affirmed, with costs.

*J. McCabe*, for appellants.

*T. A. Hendricks*, *O. B. Hord* and *A. W. Hendricks*, for appellees.